UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ARSHAM,<br><br>　*Plaintiff*,<br><br>　　v.<br><br>QUALITY CONTROL MUSIC PUBLISHING, LLC; HYBE AMERICA, INC., QUAVIOUS KEYATE MARSHALL, and JOHN DOES 1-5,<br><br>　*Defendant*. | Civil Action No. 25-cv-02668 (ER) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Arsham, by and through undersigned counsel, hereby voluntarily dismisses without prejudice all claims asserted in the above-captioned action against Defendants Quality Control Music Publishing LLC and HYBE America, Inc. only.

　This dismissal does not affect the claims against Defendants Quavious Keyate Marshall and John Does 1-5, which remain pending.

Dated: June 24, 2025

Respectfully submitted,

JAYARAM PLLC

By: /s/*Vivek Jayaram*
Vivek Jayaram
Jayaram Law PLLC
54 W. 21st Street, Suite 801
New York, NY 10010
Phone: 646-596-1322
vivek@jayaramlaw.com

*Counsel for Plaintiff Daniel Arsham*

SO ORDERED.

Dated:  June 26, 2025
　　　　New York, New York

_____
Edgardo Ramos, U.S.D.J.