J a
y a r
a m

lawyers for innovators®

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    01/30/2026

**MEMO ENDORSED**

January 15, 2026

**VIA ECF**
The Hon. Judge Katherine Parker
Parker_NYSDChambers@nysd.uscourts.gov

    *Re: Daniel Arsham v. Quavious Keyate Marshall* **(1: 25-cv-2668) – Request to Reschedule Settlement Conference**

Dear Hon. Judge Parker,

    We represent Plaintiff Daniel Arsham ("Plaintiff") in this matter and respectfully submit this letter to request that the settlement conference currently scheduled for February 2, 2026, be rescheduled.

    Mr. Arsham has a long-planned professional commitment that now conflicts with the February 2 date. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

    This conflict was unforeseen and unavoidable, and this request is made in good faith. The parties remain fully committed to participating in a settlement conference and respectfully ask whether the Court would permit the conference to be rescheduled to another mutually agreeable date in February or March 2026.

    Undersigned counsel has conferred with opposing counsel regarding this request. On January 15, 2026, counsel for Defendant Quavious Keyate Marshall advised that Defendant has no objection to rescheduling the settlement conference, provided that it is set for a date that is available to and approved by him.

    Thank you for the Court's time and consideration.

                By: */s/ Vivek Jayaram*
                    Vivek Jayaram
                    Vivek@Jayaramlaw.com
                    Jayaram PLLC
                    51 W. 21st Street
                    New York, NY 10010

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, I served a true and correct copy of the foregoing

document on all counsel of record via email.

/s/   *Vivek Jayaram*

**The settlement conference in this matter scheduled for Monday, February 2, 2026, at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, April 6, 2026 at 2:00 p.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than <u>March 30, 2026, by 5:00 p.m</u>**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**01/30/2026**