UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DANIEL ARSHAM,

                            Plaintiff,

             -against-

QUALITY CONTROL MUSIC
PUBLISHING, LLC et al.,

                        Defendants.

------------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/29/2026___**

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**25-CV-2668 (ER)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference in this matter scheduled for **Monday, April 6, 2026, at 2:00**

**p.m.** is hereby adjourned sine die.

      **SO ORDERED.**

Dated: March 29, 2026
      New York, New York

KATHARINE H. PARKER
United States Magistrate Judge