**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DANIEL ARSHAM,

    *Plaintiff*,

      v.

QUAVIOUS KEYATE MARSHALL, and
JOHN DOES 1-5,

    *Defendants*.

Civil Action No. 25-cv-2668 (ER)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: June 15, 2026

| | |
|---|---|
| By: /s/ Vivek Jayaram | By: /s/ Jeffrey M. Movit |
| **JAYARAM LAW PLLC** | **COHEN & GRESSER LLP** |
| Vivek Jayaram | Jeffrey M. Movit |
| vivek@jayaramlaw.com | jmovit@cohengresser.com |
| 54 W. 21st Street, Suite 801 | 800 Third Avenue |
| New York, NY 10010 | New York, NY 10022 |
| (646) 596-1322 | (212) 957-7006 |
| *Attorneys for Plaintiff Daniel Arsham* | *Attorneys for Defendant Quavious Keyate Marshall* |

1